EILEEN W. J. FRETZ *v.* MAYNARD W. FRETZ

HOUSE, C. J., THIM, RYAN, SHAPIRO and LOISELLE, Js.

Argued December 9—decided December 9, 1971

*William I. Mark,* for the appellant (plaintiff).

*James M. S. Ullman,* with whom, on the brief, was *Robert M. Axelrod,* for the appellee (defendant).

PER CURIAM. This is an appeal from the modification by the trial court of an order of alimony from $45 to $25 weekly. In the absence of proof of a material change of circumstances subsequent to the date of the original order, the judgment of the trial court cannot be sustained. *Cleveland* v. *Cleveland,* 161 Conn. 452, 289 A.2d 909.

There is error, the order appealed from is set aside and the case is remanded with direction to deny the defendant's motion for a decrease in the order of weekly alimony.